ACCEPTED
14-15-00203-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 10:26:13 PM
CHRISTOPHER PRIN
CLERK

## COA NO. 14-15-00203-CV

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE COURT OF APPEALS** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **MELBA JO MONTGOMERY** | § | **FOURTEENTH DISTRICT** |
| **AND** | § | |
| **LEO BRIAN MONTGOMERY** | § | **HOUSTON, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 10:26:13 PM
CHRISTOPHER A. PRINE
Clerk

## NO. 2013-34055

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **MELBA JO MONTGOMERY** | § | **310TH JUDICIAL DISTRICT** |
| **AND** | § | |
| **LEO BRIAN MONTGOMERY** | § | **HARRIS COUNTY, TEXAS** |

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** GOGO U.K. OWOR and hereby files this appearance as attorney of record for MELBA JO MONTGOMERY.

Respectfully submitted,

By: ___/s/*Gogo U.K. Owor*_____
GOGO U.K. OWOR
Texas Bar No. 24026105
Email: attorney@gogolaw.net
6475 Hillcroft Avenue, Suite B
Houston, TX 77081
Tel. (713) 778-8000
Fax. (713) 779-4646
Attorney for Plaintiff
MELBA JO MONTGOMERY

## CERTIFICATE OF SERVICE

I certify that on March 23, 2015 a true and correct copy of Plaintiff's Appearance of Counsel was served to each person listed below by the method indicated.

/s/ *Gogo U.K. Owor*
GOGO U.K. OWOR

Steven M. Goins
Attorney for LEO BRIAN MONTGOMERY
Law Office of Steven M. Goins
2206 Dowling #100
Houston, Texas 77003
TEL: 713-623-1324
FAX: 713-623-1825
By Fax

John H. Trueheart, Jr.
Attorney for BILAL AQUIL, EXBA HOLDINGS, LLC., MOGUL MANAGEMENT, LLC, 1 CENT MANAGEMENT INC., CHARDMORE INC. and ELC LIMITED
PORTO TRUEHEART & McSTAY, LLC
5100 Westheimer, Suite 131
Houston, Texas 77056
TEL: (713) 629.9820
FAX: (713) 629-9826
By Fax

Anthony P. Brown
Attorney for STEWART TITLE COMPANY, aka STEWART TITLE OF HOUSTON, VALARIE GALV AN and DARREN MONTGOMERY
FIDELITY NATIONAL LAW GROUP
5151 Beltline Rd., Suite 410
Dallas, Texas 75254
TEL: 972-812-6478
FAX: 972-812-9408
By Fax